ment unanimously affirmed. Same Memorandum as in *People v Lioto* (261 AD2d 883 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Fahey, J.—Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ COUNTY OF CHAUTAUQUA, Respondent, v STEVEN NICHOLS, Defendant, G & J CONSTRUCTION CORPORATION et al., Appellants, and ROYAL INSURANCE COMPANY, Respondent. (Appeal No. 1.) [690 NYS2d 472] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Notaro, J. (Appeal from Judgment of Supreme Court, Chautauqua County, Notaro, J.—Declaratory Judgment.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ COUNTY OF CHAUTAUQUA, Respondent, v STEVEN NICHOLS, Defendant, G & J CONSTRUCTION CORPORATION et al., Appellants, and ROYAL INSURANCE COMPANY, Respondent. (Appeal No. 2.) [690 NYS2d 472] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Notaro, J. (Appeal from Order of Supreme Court, Chautauqua County, Notaro, J.—Disqualify Counsel.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of CHARLES N. F., JR., Appellant, v TERRY R. F., Respondent. (Appeal No. 1.) [689 NYS2d 920] —Appeal unanimously dismissed without costs. Memorandum: This appeal from an order denying petitioner custody of the parties' son is rendered moot by petitioner's subsequent stipulation to an award of custody to respondent (*cf., Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652). (Appeal from Order of Erie County Family Court, Townsend, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of CHARLES N. F., JR., Appellant, v TERRY R. F., Respondent. (Appeal No. 2.) [689 NYS2d 908] —Order unanimously affirmed without costs. Memorandum: Contrary to the contention of petitioner, Family Court did not abuse its discretion in denying his request for a continuance to enable him to secure an expert witness on paternity evaluation reports (*see, Stoves & Stones v Rubens*, 237 AD2d 280; *Insl-X Prods. Corp. v F & K Supply*, 228 AD2d 478; *Michaels v Dalimonte*, 121 AD2d 370). (Appeal from Order of Erie County Family Court, Townsend, J.—Paternity.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of CHARLES N. F., JR., Appellant, v TERRY R. F., Respondent. (Appeal No. 3.) [689 NYS2d 919] —Order unanimously affirmed without costs. Memorandum: Petitioner